THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

FILED
APR 5 2010
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| V ) | COURT NO. 1:09MJ379 |
| ) | |
| MARK A. KNIGHT ) | |
| ) | |
| Defendant ) | |

## ORDER

The motion of the United States of America to dismiss without prejudice criminal information number 1:09MJ379 pertaining to the defendant, MARK A. KNIGHT, is hereby granted.

IT IS ORDERED that criminal information number 1:09MJ379 pertaining to the defendant, MARK A. KNIGHT, is hereby dismissed without prejudice.

/s/
John F. Anderson
United States Magistrate Judge

Dated this 5
day of March, 2010